# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW KRUMMES, ) | |
| Plaintiff, ) | Case No. 2:11-cv-00500-PMP-CWH |
| vs. ) | **ORDER** |
| SOUTHERN FOOD GROUPS, LLC, *et al.*, ) | |
| Defendants. ) | |

This matter is before the Court on Plaintiff's Motion to Reset Hearing on Default Judgment (#26), filed February 24, 2012. Citing a scheduling conflict, Plaintiff's counsel requests that the Court vacate the March 6, 2012, default hearing and reschedule it to a date after March 16, 2012. The Court agrees there is good cause for the requested relief. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Reset Hearing on Default Judgment (#26) is **granted**. The Court's March 6, 2012, hearing is vacated.

DATED this 27th day of February, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**