UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

MATTHEW KRUMMES,

    Plaintiff,

vs.

SOUTHERN FOODS GROUP, LLC, *et al.*,

    Defendants.

2:11-CV-00500-PMP-CWH

**ORDER**

On October 25, 2012, the Court conducted an Evidentiary Hearing (Doc. #55, #56 & #57), for purpose of allowing Plaintiff to prove-up damages on the Default Judgment (Doc. #52) previously entered in this case in favor of Plaintiff Matthew Krummes and against Defendant General Sales Drivers, Delivery Drivers & Helpers and Public Sector Teamsters Local Union No. 14.  Having considered the evidence adduced, and the arguments of counsel presented at the hearing conducted October 25, 2012 and Post-Hearing Briefs (Doc. #58 & #59) and finding that although damages are not subject to determination with mathematical certainty but are otherwise reasonably calculable based upon the evidence and arguments of the Parties presented, the Court finds that Plaintiff Krummes has established entitlement to damages and attorneys fees from Defendant Teamsters Local Union No. 14 in the following amounts:

///

1. Lost wages and benefits in the sum of $39,021.80 plus lost overtime compensation in the amount of $10, 422.00, such amounts to be reduced by earned income from Coca Cola in the amount of $6,657.05, and unemployment compensation in the amount of $9,011.00, resulting in a total award of damages for lost wages, benefits and overtime compensation in the sum $33,775.75.

2. Reasonable attorneys fees reflecting one half of the total attorneys fees incurred by Plaintiff in the sum of $9,815.00.

Based upon the foregoing,

**IT IS ORDERED** that the Clerk of Court shall forthwith enter judgment on default in favor of Plaintiff Matthew Krummes and against Defendant General Sales Drivers, Delivery Drivers & Helpers and Public Sector Teamsters Local Union No. 14 in the total amount of $43,590.75.

DATED: January 2, 2013.

_____
PHILIP M. PRO
United States District Judge