AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

DonMatthew Krummes,

    Plaintiff,

v.

Southern Foods Group, LLC, et al.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**
DEFAULT

Case Number: 2:11-cv-00500-PMP-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that default judgment is entered in favor of Plaintiff Matthew Krummes and against Defendant General Sales Drivers, Delivery Drivers & Helpers and Public Sector Teamsters Local Union No. 14 in the total amount of $43,590.75.

January 3, 2013          /s/ Lance S. Wilson

Date          Clerk

         /s/ Erin Smith

         (By) Deputy Clerk